UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LANIE MAE SPOTTEDBIRD,<br><br>Defendant. | NO.    CR22-085 BAT<br><br>INFORMATION<br>MISDEMEANOR |

The United States Attorney charges that:

### COUNT 1
### (Obstruction of Mail)

On or about June 7, 2021, in King County, within the Western District of Washington, and elsewhere, the defendant, LANIE MAE SPOTTEDBIRD, did

//

//

//

Information - 1
*United States v. Spottedbird*
USAO No. 2021R01214

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

knowingly and willfully obstruct and retard the passage of mail.

All in violation of Title 18, United States Code, Section 1701.

DATED this  8th  day of June, 2022.

*Sarah G. Vogel, for*
NICHOLAS W. BROWN
United States Attorney

*s/Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney

*Erika J. Evans*
ERIKA J. EVANS
Assistant United States Attorney

Information - 2
*United States v. Spottedbird*
USAO No. 2021R01214

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970