The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>LANIE MAE SPOTTEDBIRD,<br><br>Defendant. | NO. 2:22-cr-00085-BAT<br><br>**GOVERNMENT'S SENTENCING MEMORANDUM** |

## INTRODUCTION

As a postal service employee for USPS, Lanie Spottedbird was in a position of public trust when she committed this offense. The government believes no jail time, one year of probation, $1,000 in restitution to USPS and a special assessment fee of $10 is a reasonable resolution that satisfies the spirit of 18 U.S.C. § 3553(a).

## BACKGROUND AND OFFENSE CONDUCT

The government acknowledges that Spottedbird has no criminal history. And that her family in the Philippines and in Thailand were struggling during the pandemic and relied on Spottedbird for financial support. Still, these circumstances did not give

Government's Sentencing Memorandum - 1
(*United States v. Spottedbird*, 2:22-cr-00085-BAT)

UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Spottedbird the right to steal money from C.F.—an immigrant with limited financial resources. When C.F. came into the USPS store, they trusted Spottedbird when they handed her their $1,000 money order to mail. Spottedbird betrayed this trust when she stole the money and never put it into the mail stream.

When C.F. submitted an inquiry with USPS after the recipient did not receive the money order, it revealed the money order had been cashed. And the image showed the money order, which C.F. left blank, was altered, to read on the "from" line—L. Spottedbird.



Although Spottedbird, when initially confronted by the USPS, denied altering and cashing the money order, she later confessed.

Government's Sentencing Memorandum - 2
(*United States v. Spottedbird*, 2:22-cr-00085-BAT)

UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## RELEVANT FACTORS IN IMPOSING SPOTTEDBIRD'S SENTENCE

The government agrees with Spottedbird—any jail time goes beyond the factors this Court is to consider from 18 U.S.C. § 3553(a). Yet, given the nature and circumstances of Spottedbird's offense, some probation is still appropriate. As the intent from 18 U.S.C. § 3553(a), there is a need for deterrence for this type of conduct. We entrust our postal service workers to be trustworthy. Spottedbird fell short of this obligation when she unlawfully stole and cashed a customer's money order. Actions such as this compromises the integrity of USPS. And this type of conduct in a position of public trust is unacceptable.

Nevertheless, Spottedbird has taken full responsibility for her actions. And even wrote an apology letter to C.F. The government appreciates this gesture.

While the government is not recommending any jail time, one year of supervision is sufficient to allow probation to monitor and ensure no further violations occur.

Government's Sentencing Memorandum - 3
(*United States v. Spottedbird*, 2:22-cr-00085-BAT)

UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## CONCLUSION

Spottedbird is young and still has a full life ahead. The government does believe her conduct here was an isolated incident. And occurred during the pandemic where stress was at an all-time high. Spottedbird made a mistake. Unfortunately, she made this mistake in a position where the community trusted her. While no jail time is sought, a year of probation and restitution back to the USPS for $1,000 and a $10 special assessment fee is a proper resolution. And accounts for the seriousness of the offense and serves as adequate deterrence as outlined in 18 U.S.C. § 3553(a).

DATED this 27th day of June 2022.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

/s/ *Erika J. Evans*
ERIKA J. EVANS
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 253-233-2158
E-mail: Erika.Evans@usdoj.gov

Government's Sentencing Memorandum - 4
(*United States v. Spottedbird*, 2:22-cr-00085-BAT)

UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970